UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 09- 21465 Graham

EMILIO PINERO,

        Plaintiff,

v.

SIMON PROPERTY GROUP, INC., and
SAN MARCO ITALIAN RESTAURANT, INC.,

        Defendant.
-----------------------------------------/

## PLAINTIFF'S DISCONTINUANCE WITH PREJUDICE

Plaintiff hereby discontinues with prejudice the within action against the defendants Simon Property Group, Inc., and San Marco Italian Restaurant, Inc., pursuant to the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the courts electronic filing system upon all parties of record this 17th day of June, 2009.

Respectfully Submitted
Attorney for Plaintiff
Bar Code No. 0034083
/s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
429 Lenox Avenue, Suite 4W23
Miami Beach, Florida 33139
(305) 537-3723